[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

Nos. 05-15072 & 05-15818

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 6, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00372 CV-ORL-31-JGG

BUSINESS RADIO, INC.,
a Washington corporation,

                                        Plaintiff-Appellant,

versus

RELM WIRELESS CORPORATION,
a Florida corporation,

                                        Defendant-Appellee.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

**(December 6, 2006)**

Before ANDERSON and BARKETT, Circuit Judges, and GOLDBERG,* Judge.

_____

*Honorable Richard W. Goldberg, Judge, United States Court of International Trade, sitting by
designation.

PER CURIAM:

After oral argument and careful consideration, and for the reasons fully discussed at oral argument, we conclude that the judgment of the district court is AFFIRMED.